# ELECTRONIC RECORD

COA # 05-13-01482-CR          OFFENSE: 2.04

STYLE: Erick Eugene Ford v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: MODIFY          TRIAL COURT: 195th Judicial District Court

DATE: 01/26/2015          Publish: NO     TC CASE #: F-1355893-N

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Erick Eugene Ford v. The State of Texas          CCA #: 152-15

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 06/17/2015

JUDGE: Per Curiam

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**